IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>        Plaintiff,<br><br>  v.<br><br>STOCKLI USA, INC. DBA STOCKLI,<br><br>        Defendant. | Civil Action No. 1:21-cv-05450 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Holger Fiallo filed the above-referenced case against Defendant Stockli USA, Inc. on October 13, 2021.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: January 4, 2022        Respectfully Submitted,

                                            */s/ Benjamin Sweet*
                                            Benjamin J. Sweet
                                            ben@nshmlaw.com
                                            **NYE, STIRLING, HALE & MILLER, LLP**
                                            1145 Bower Hill Road, Suite 104
                                            Pittsburgh, PA 15243

                                            *Attorneys for Plaintiff Holger Fiallo*

## **CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 4th day of January, 2022.

                                                                     */s/ Benjamin J. Sweet*
                                                                         Benjamin J. Sweet